IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PATRICK MICHAEL LEE,

          Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

6:19-cv-01669-CL

**ORDER**

## ORDER FOR EAJA FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition (ECF No. 20), it is hereby ordered that EAJA attorney's fees of $6,030.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to the Olinsky Law Group, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address:

**Olinsky Law Group
300 S. State St. Ste 420
Syracuse, NY 13202**

DATED this 20 day of December 2021.

MARK D. CLARKE
United States Magistrate Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Presented by:

By: Edward A. Wicklund
Edward A. Wicklund
Admitted Pro Hac Vice
Olinsky Law Group

s/ Jeremy L. Bordelon
Jeremy L. Bordelon, Esq.
Oregon State Bar No.: 160789
Local Counsel
Evergreen Disability Law

465 NE 181st Avenue, No. 500
Portland, OR 97230
Telephone: 503-836-1036

Facsimile: 503-836-1870
Email: jeremy@evergreendisability.com

Attorneys for Plaintiff